JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE GIANNINI,<br><br>            Petitioner,<br><br>        v.<br><br>SAN BERNARDINO SUPERIOR<br>COURT,<br><br>            Respondent. | Case No. 5:23-cv-01304-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Habeas Petition as Successive, IT IS ADJUDGED that the Petition is dismissed without prejudice for lack of jurisdiction.

DATED: July 24, 2023         _____

                                                JAMES V. SELNA
                                                UNITED STATES DISTRICT JUDGE